| | |
|---|---|
| DATE __Mar 16, 2011__ | CASE NUMBER __1:09cr175(7)__ |
| LOCATION __Beaumont Division__ | USA __John Craft__ Assigned |
| JUDGE __Earl S Hines__ | VS __Dave Henderson__ Appeared |
| DEPUTY CLERK __Tonya Piper__ | |
| ECRO __Tonya Piper__ | __Lawrence Ballard__ |
| USPO Ashley Powell | Defendant |
| BEGIN __2:49pm__ | __David Grove__ |
| | Attorney |

**ARRAIGNMENT**

☒ Hearing held    ☐ Hearing called
☒ Arraignment   ☐ Change of Plea on: ☐ INFORMATION  ☒ INDICTMENT  ☐ RULE 20
   held on counts ☒ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9  ☐ 10  ☐ 11  ☐ 12
   ☐ All counts   other counts _____
☐ Information (felony)  ☐ kinfo.misd. . Information (misdemeanor)  ☐ ksl.info. .  Information (sealed)
☐ Indictment unsealed  ☐ kinfo.uns. . Information Unsealed
☒ Dft appears ☒ with ☐ without counsel; ☐ Dft appears pro se; ☐ Counsel appears on behalf of dft.
☐ Dft files Waiver of Indictment   ☐ Dft. advised of right to grand jury consideration
☐ Dft first appearance with counsel ☐ CJA ☐ Ret. ☐ USPD ☐ kdaddatty
☒ Dft   ☒ sworn           ☒ physically/mentally ready       ☐ name spelled
   ☐ advised of charges       ☒ advised of maximum penalties    ☐ advised of right to remain silent;
   ☐ advised of right to counsel  ☒ rec'd copy of the charges;     ☒ discussed charges w/ cnsl;
   ☐ charges read          ☒ waived reading of charges;      ☒ No pressure to plead
   ☐ advised of alternate sentencing under Youth Corrections Act;
☐ Consent to trial before U.S. Magistrate Judge     ☐ Consent to plea before U.S. Magistrate Judge
☒ Dft enters a plea of: ☒ ngpl. (not guilty)  ☐ gpl. (guilty)  ☐ nolopl. (nolo)  ☐ glesspl. (guilty - lesser)
   to counts: ☒ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9  ☐ 10  ☐ 11  ☐ 12
   ☐ all counts;  other counts _____
☐ Factual Basis Established & written copy filed (sealed)
☐ Court finds plea voluntary, knowledgeable & that it has a basis in fact.
☐ Plea accepted         ☐ kplagrej.  Plea agreement rejected
☐ Acceptance of Plea Agreement is deferred pending review of PSI
☐ Plea agreement filed - in accordance with the local rules
☐ Jury Selection & Trial set for _____ before Judge __.
☒ Final Pretrial Conference set for __4/25/11__ before Judge __Marcia Crone__.
☒ Discovery order entered. Dft has __21__ days or until _____ to file motions not covered by this order;
   Gvt has __7__ days or until _____ to respond.
☐ Motion filing deadline. Pretrial motions or change of plea due by _____
☐ Sentencing deferred for pre-sentence investigation.
☐ Sentencing set for _____ before Judge _____
☐ Government motion for detention
☐ Dft bond  ☐ set ☐ reset to $_____    ☐ cash ☐ surety ☐ 10 % ☐ PR ☐ unsecured
☐ Bond continued ☐ in this case  ☐ $_____  Type: _____ ☐ other case No. _____
☐ Order setting conditions of release      ☐ Bond executed, deft released;
☐ Order of Detention   ☐ Temp Detention Pndg Hearing
☒ Dft remanded to custody of U.S. Marshal;
☐ Dft failed to appear, oral order for arrest warrant;  ☐ bond forfeited
☒ minutes         total court time: __6 mins__

**CRIM 92-116**        ☐ See reverse/attached for additional proceedings        __2:55pm__ adjourn